[No. 20569-0-III.   Division Three.   October 10, 2002.]

GARRICK A. MICKELSEN, *Respondent*, v. GLEN R. STOCKWELL, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Adams County, No. 00-2-00091-3, Philip W. Borst, J., entered September 18, 2001. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 20650-5-III.   Division Three.   October 10, 2002.]

ANN M. BYERS, *Respondent*, v. MICHAEL GREG SWEENEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-2-05677-2, Linda G. Tompkins, J., entered November 1, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Sweeney, J.

[No. 24470-5-II.   Division Two.   October 10, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. GUY M. RASMUSSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-04481-6, Karen L. Strombom, J., entered March 9, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 27122-2-II.   Division Two.   October 10, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JOSEPH CONERLY-ROTHWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-03768-8, Kitty-Ann van Doorninck, J., entered February 16, 2001. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Seinfeld and Bridgewater, JJ.